# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMIRISE SOLAYMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:15-CV-04210 HSG<br><br>**ORDER GRANTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

The Court having reviewed the Request to Appear Telephonically at the Case Management Conference by counsel for Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), finds good cause exists to enter an order approving the request to appear telephonically at the Case Management Conference, which is set for December 22, 2015 at 2:00 p.m. in Courtroom 15, before the Honorable Haywood S. Gilliam, Jr.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  December 7, 2015

                                                         Hon. Haywood S. Gilliam, Jr.
                                                         United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

146603.1

1

Case No.  3:15-CV-04210 HSG
[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE