# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMIRISE SOLAYMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:15-CV-04210 HSG<br><br>~~[PROPOSED]~~ **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Court, having reviewed the Stipulation to Dismiss the Entire Case with Prejudice between Plaintiff Timirise Solayman and Defendant The Prudential Insurance Company of America finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED as follows:

1. This action, Case No. 3:15-cv-04210-HSG, is dismissed in its entirety as to all defendants, with prejudice; and

2. Each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: March 4, 2016

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

148382.1

1

Case No. 3:15-CV-04210 HSG
~~[PROPOSED]~~ ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE